EDWARD MAYER, Respondent, *v.* ISAAC HEINEMAN, Appellant.

*Mayer* v. *Heineman,* 105 App. Div. 642, affirmed.
(Argued May 24, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Jesse S. Epstein* for appellant.

*Melvin G. Palliser* and *Hector M. Hitchings* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.